# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

VA 2-375-869

**Effective Date of Registration:**
October 11, 2023
**Registration Decision Date:**
December 20, 2023

---

## Title
_____

Title of Work: Melody of the Night

## Completion/Publication
_____

Year of Completion: 2012
Date of 1st Publication: October 09, 2012
Nation of 1st Publication: Mexico

## Author
_____

- Author: Leonid Afremov
  Author Created: 2-D artwork
  Citizen of: Mexico
  Year Died: 2019

## Copyright Claimant
_____

Copyright Claimant: Boris Afremov
Avenida 135 Sur, Esquina calle 21, Lote 008, Playa Del Carmen, 77712, Mexico
Transfer statement: by inheritance

## Certification
_____

Name: Daniel Lachman
Date: October 11, 2023

_____

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-290

**Effective Date of Registration:**
October 11, 2023
**Registration Decision Date:**
January 04, 2024

---

## Title

**Title of Work:** Paris of my Dreams

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 24, 2012
**Nation of 1st Publication:** Mexico

## Author

- **Author:** Leonid Afremov
  **Author Created:** 2-D artwork
  **Citizen of:** Mexico
  **Year Died:** 2019

## Copyright Claimant

**Copyright Claimant:** Boris Afremov
Avenida 135 Sur, Esquina calle 21, Lote 008, Playa Del Carmen, 77712, Mexico
**Transfer statement:** by inheritance

## Certification

**Name:** Daniel Lachman
**Date:** October 11, 2023

**Correspondence:** Yes

Page 1 of 1


Case 1:25-cv-10825 Document 1 Filed 01/28/25 Page 4 of 6 Page 1 of 1

Leonid Afremov

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-288

**Effective Date of Registration:**
October 11, 2023
**Registration Decision Date:**
January 04, 2024

## Title
_____

**Title of Work:** Rain Rustle

## Completion/Publication
_____

**Year of Completion:** 2009
**Date of 1st Publication:** September 11, 2009
**Nation of 1st Publication:** Mexico

## Author
_____

- **Author:** LEONID AFREMOV
  **Author Created:** 2-D artwork
  **Citizen of:** Mexico
  **Year Died:** 2019

## Copyright Claimant
_____

**Copyright Claimant:** Boris Afremov
Avenida 135 Sur, Esquina calle 21, Playa Del Carmen, 77712, Mexico
**Transfer statement:** by inheritance

## Certification
_____

**Name:** Daniel Lachman
**Date:** October 11, 2023

**Correspondence:** Yes

Page 1 of 1



© LEONID AFREMOV